

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY J. PATTERSON, #70307-04, <br> Plaintiff, <br><br> v. <br><br> 422ND DISTRICT COURT OF KAUFMAN COUNTY, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 3:05-CV-0199-K |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are ADOPTED. Plaintiff's motions to amend are GRANTED, and Plaintiff's amended complaint, naming the Terrell Police Department, Officer Micheal E. Bulin, and Sheriff Deputy Kosar as additional defendants, is FILED. Plaintiff's motion for appointment of counsel is DENIED WITHOUT PREJUDICE to it being reasserted at a later time.

IT IS FURTHER ORDERED that Plaintiff's claims against Judge B. Michael Chitty and the 422nd District Court of Kaufman County for speedy trial violations are SEVERED. The clerk's office is ORDERED to open a new civil action number (cause 28 U.S.C. § 2241, nature of suit 530) and to directly assign it to the same District Judge and magistrate judge as this

action.

IT IS FURTHER ORDERED that Plaintiff's claims against the Kaufman County Sheriff's Department and Deputy Kosar for administering the wrong medication are SEVERED. The clerk's office is ORDERED to open a new civil action number (cause 42 U.S.C. § 1983, nature of suit 550), and to directly assign it to the same District Judge and magistrate judge as this action.

IT IS FURTHER ORDERED that this action and the severed actions will be REFERRED to Magistrate Judge Paul D. Stickney, for further proceedings including a filing fee order pursuant to the Prisoner Litigation Reform Act in each civil rights, unless within twenty (20) days of the date of this order, Plaintiff files a motion to dismiss such action without prejudice.

IT IS FURTHER ORDERED that the Clerk will serve on Plaintiff a copy of this order and a copy of the docket sheet in each newly assigned case reflecting the style and docket number.

SIGNED this _12th_ day of _July_, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE